HOLLAND & HART LLP
BENJAMIN N. SIMLER (SBN 273778)
bnsimler@hollandhart.com
555 17th Street, Suite 3200
Denver, CO 80202-3921
Telephone:  303.295.8000
Facsimile:   303.295.8261

Attorneys for Plaintiffs / Counter-Defendants
Chipotle Mexican Grill, Inc. and CMG Pepper, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| Chipotle Mexican Grill, Inc. and CMG Pepper, LLC<br><br>　　　　Plaintiffs / Counter-Defendants,<br><br>　　　　v.<br><br>Atlantic Natural Foods, LLC,<br><br>　　　　Defendant / Counterclaimant. | Case No. 8:20-cv-01568-JVS-ADS<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs / Counter-Defendants, Chipotle Mexican Grill, Inc. ("CMG") and CMG Pepper, LLC and Defendant / Counterclaimant Atlantic Natural Foods, LLC's, by their respective counsel, hereby stipulate to dismiss this action in its entirety, including all claims and counterclaims, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c).  Each party is to bear its own costs and attorney's fees.

IT IS SO STIPULATED:

Dated:  May 17, 2021. 　　　　　　　　Holland & Hart LLP


By:  /s/Benjamin N. Simler **

1  Benjamin N. Simler

2  Attorneys for Plaintiffs Chipotle Mexican Grill, Inc. and CMG Pepper, LLC

3  ** *Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest

4  *that all other signatories listed, and on whose behalf the filing is submitted, concur in the*

5  *filing's content and have authorized the filing.*

6

7  By: /s/ Michael R. Kreiner (with permission)
   Michael R. Kreiner

8  Attorneys for Defendant Atlantic Natural

9  Foods, LLC

10  16736691

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2